UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, and SIA EVOLUTION LATVIA,<br><br>Plaintiff,<br><br>v.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants. | Case No. 2:24-cv-00993-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion to Seal that seeks to file an unredacted version of the Complaint under seal. ECF No. 2. On June 4, 2024, the Court entered an Order finding "[a] request to seal all or part of a complaint must clearly meet the compelling reasons standard." *Liles v. Cnty. of Sacramento*, Case No. 2:24-CV-00416-KJM-CKD, 2024 WL 1971882, at \*1 (E.D. Cal. May 3, 2024) (internal quotation omitted); *see also Nguyen v. Smith Salon, LLC*, Case No. 2:21-CV-00213-KJD-BNW, 2021 WL 6773090, at \*1-2 (D. Nev. May 3, 2021). Plaintiffs' Motion did not initially meet this standard. Plaintiff has filed a Memorandum that explains, in some more detail, why the sealing request was made. ECF No. 14. The Court reviewed the Memorandum and, while the reasoning remains somewhat thin, the Court finds enough information is provided to provisionally grant the Motion to Seal.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal (ECF No. 2) is provisionally GRANTED.

IT IS FURTHER ORDERED that within **fourteen (14) days** of the **date upon which Defendants appear** in this case, they must file a report with the Court either agreeing to unseal the Complaint in its entirety or providing the basis upon which Defendants believe the unredacted version of the Complaint should remain sealed.

IT IS FURHTER ORDERED that counsel for Plaintiffs **must immediately serve** a copy of this Order on counsel for Defendants if presently known.  If counsel for Defendants is not yet known, then service of this Order by Plaintiffs on Defendants **must** be made no later than **three (3) court days** after counsel for Defendants is identified.  A Notice of Compliance with this service requirement **must** be filed by Plaintiffs' counsel upon completion of the same.

DATED this 11th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE