JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice* forthcoming)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

JONES DAY
JENNIFER D. BENNETT, ESQ.
(*pro hac vice* forthcoming)
jdbennett@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

JONES DAY
RYAN K. WALSH, ESQ.
(*pro hac vice* forthcoming)
rkwalsh@jonesday.com
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone: (404) 581-8487
Facsimile: (404) 581-8330

JONES DAY
RANDALL E. KAY, ESQ.
(*pro hac vice* forthcoming)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139
Facsimile: (844) 345-3178

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*Light & Wonder, Inc.*
*and LNW Gaming, Inc.,*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, and SIA EVOLUTION LATVIA,<br><br>Plaintiffs,<br>vs.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants, | CASE NO.: 2:24-cv-00993-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, Evolution Gaming Limited, and SIA Evolution Latvia ("Plaintiffs") and Defendants Light & Wonder, Inc. and LNW Gaming, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that Defendants shall have an additional 30 days to answer or otherwise respond to the Complaint (ECF No. 1). Defendants' original response deadline is June 24, 2024. With an additional 30 days, Defendants' deadline to answer or otherwise respond to the Complaint is extended to July 24, 2024.

Good cause exists for the extension set forth herein. First, Defendants require additional time to prepare a response to Plaintiffs' Complaint due to the complexity of the case. Second, Defendants' counsel has preexisting work and travel commitments that would make complying with existing deadline difficult. Third, the interests of efficiency would be served by granting the Parties sufficient time to meet and confer on a reasonable approach and briefing schedule for any potential motions to be presented to the Court in response to the Complaint.

This is the first extension requested for Defendants to respond to the Complaint and is not made for the purpose of delay.

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

2

IT IS SO STIPULATED.

DATED this 18th day of June, 2024

CAMPBELL & WILLIAMS

By /s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101

JONES DAY

HAROLD K. GORDON, ESQ.
(*pro hac vice* forthcoming)
RYAN K. WALSH, ESQ.
(*pro hac vice* forthcoming)
JENNIFER D. BENNETT, ESQ.
(*pro hac vice* forthcoming)
RANDALL E. KAY, ESQ.
(*pro hac vice* forthcoming)

DATED this 18th day of June, 2024

HOLLEY DRIGGS LTD

By /s/ *Jason D. Smith*
NICHOLAS J. SANTORO, ESQ. (532)
JASON D. SMITH, ESQ (9691)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

SIDLEY AUSTIN LLP

CHING-LEE FUKUDA, ESQ.
(*pro hac vice*)
SHARON LEE, ESQ.
(*pro hac vice*)

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 20, 2024

3