UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, and SIA EVOLUTION LATVIA,<br><br>Plaintiff,<br><br>v.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants. | Case No. 2:24-cv-00993-CDS-EJY<br><br>**ORDER** |

On June 11, 2024, the Court entered an Order provisionally sealing an unredacted version of Plaintiff's Complaint. ECF No. 16. The Court further ordered Defendant to file a report with the Court within fourteen (14) days of the date upon which Defendants appeared that either agreed to unseal the Complaint in its entirety or provided a basis upon which Defendant believed the unredacted version of the Complaint should remain sealed. On July 2, 2024, Defendant filed its report stating it agrees to unseal the entirety of the Complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Complaint at ECF No. 1 is unsealed.

DATED this 3rd day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE