JONES DAY
HAROLD K. GORDON, ESQ.
(Admitted *Pro Hac Vice*)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939

JONES DAY
RYAN K. WALSH
(Admitted *Pro Hac Vice*)
rkwalsh@jonesday.com
1221 Peachtree Street N.E., Suite 400
Atlanta, Georgia 30361
Telephone: (404) 521-3939

JONES DAY
JENNIFER D. BENNETT, ESQ.
(Admitted *Pro Hac Vice*)
jenniferbennett@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939

JONES DAY
RANDALL E. KAY, ESQ.
(Admitted *Pro Hac Vice*)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222

*Attorneys for Defendants*
*Light & Wonder, Inc. and LNW Gaming, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED and SIA EVOLUTION LATVIA,<br><br>Plaintiffs,<br><br>vs.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants, | CASE NO.: 2:24-cv-00993-CDS-EJY<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF JENNIFER BENNETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |

Pending before the Court is Defendants' (collectively, "L&W") Motion for Leave to Seal Exhibit 1 to the Declaration of Jennifer Bennett in support of L&W's Motion to Dismiss filed July

1

24, 2024. Exhibit 1 is the license agreement the parties entered into on March 29, 2021 ("License Agreement"). L&W seeks permission to temporarily file the entire License Agreement under seal.

There is a strong presumption of public access to judicial records. *See Kamakana v. City and Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Public access is not, however, absolute. *Id.* Where "compelling reasons" exist, the Court may seal documents submitted as part of a dispositive motion. *Id.* at 1179. The party seeking to seal a judicial record bears the burden of overcoming the strong presumption of public access. *Kamakana*, 447 F.3d at 1178. To overcome this burden, the moving party "must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Id.* at 1178–79.

**IT IS HEREBY ORDERED** that L&W's motion to temporarily seal (ECF No. 35) the License Agreement is GRANTED such that the License Agreement is temporarily sealed.

**IT IS FURTHER ORDERED** that Evolution **must**, on or before **August 8, 2024**, submit to the Court compelling reasons as to why the License Agreement should remain sealed.

Dated this 25th Day of July, 2024.

_____
**ELAYNA J. YOUCHAH**
**UNITED STATES MAGISTRATE JUDGE**

2