NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
       jsmith@nevadafirm.com

CHING-LEE FUKUDA *(admitted pro hac vice)*
SHARON LEE *(admitted pro hac vice)*
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
Email: clfukuda@sidley.com
       sharon.lee@sidley.com

JOSHUA J. FOUGERE *(admitted pro hac vice)*
**SIDLEY AUSTIN LLP**
1501 K Street, N.W. #600
Washington, DC 20005
(202) 736-8000
Email: jfougere@sidley.com

*Attorneys for Plaintiffs Evolution Malta Ltd., Evolution Gaming Malta, Ltd., Evolution Gaming Ltd., and SIA Evolution Latvia*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, and SIA EVOLUTION LATVIA,<br><br>Plaintiffs<br><br>v.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants | Case No.: 2:24-cv-00993-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANTS' MOTION TO DISMISS [ECF NO. 34]**<br><br>**(FIRST REQUEST)** |

1  IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, Evolution Gaming Limited, and SIA Evolution Latvia (collectively, "Plaintiffs"), by and through their undersigned counsel, and Defendants Light & Wonder, Inc. and LNW Gaming, Inc. (collectively, "Defendants"), by and through their undersigned counsel, that Plaintiffs' deadline to respond to Defendants' Motion to Dismiss (ECF No. 34), filed on July 24, 2024, shall be extended by thirty (30) days, to September 6, 2024.

IT IS FURTHER STIPULATED AND AGREED that Defendants' deadline to file any reply in support of the Motion to Dismiss (ECF No. 34) shall be extended by twenty-one (21) days, to October 4, 2024.

This is the first request for an extension to the briefing schedule on Defendants' Motion to Dismiss and is not made for the purpose of delay.

Good cause exists for the extension requested herein. First, due to the volume of the materials, the parties require additional time to review and fully brief the Motion to Dismiss for the Court. Additionally, counsel for the parties have unavoidable scheduling conflicts that impede their ability to brief the Motion to Dismiss within the current deadlines.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

| HOLLEY DRIGGS | CAMPBELL & WILLIAMS |
|---|---|
| /s/ *Jason D. Smith* <br> NICHOLAS J. SANTORO, ESQ. (NBN 532) <br> JASON D. SMITH, ESQ. (NBN 9691) <br> 300 South Fourth Street, Suite 1600 <br> Las Vegas, Nevada 89101 <br> Tel.: (702) 791-0308 / Fax: (702) 791-1912 <br> Email: nsantoro@nevadafirm.com <br> jsmith@nevadafirm.com | /s/ *Philip R. Erwin* <br> PHILIP R. ERWIN, ESQ. (NBN 11563) <br> 710 South Seventh Street <br> Las Vegas, Nevada 89101 <br> Tel.: (7020) 382-5222 / Fax: (702) 271-0540 <br> Email: pre@cwlawlv.com |
| CHING-LEE FUKUDA *(admitted pro hac vice)* <br> SHARON LEE *(admitted pro hac vice)* <br> **SIDLEY AUSTIN LLP** <br> 787 Seventh Avenue <br> New York, NY 10019 <br> (212) 839-5300 <br> Email: clfukuda@sidley.com <br> sharon.lee@sidley.com <br><br> JOSHUA J. FOUGERE *(admitted pro hac vice)* <br> **SIDLEY AUSTIN LLP** <br> 1501 K Street, N.W. #600 <br> Washington, DC 20005 <br> (202) 736-8000 <br> Email: jfougere@sidley.com <br><br> *Attorneys for Plaintiffs Evolution Malta Ltd., Evolution Gaming Malta, Ltd., Evolution Gaming Ltd., and SIA Evolution Latvia* | **JONES DAY** <br> HAROLD K. GORDON, ESQ. *(pro hac vice forthcoming)* <br> RYAN K. WALSH, ESQ. *(pro hac vice forthcoming)* <br> RANDALL E. KAY, ESQ. *(pro hac vice forthcoming)* <br> JENNIFER D. BENNETT, ESQ. *(pro hac vice forthcoming)* <br> Email: hkgordon@jonesday.com <br> rkwalsh@jonesday.com <br> rekay@jonesday.com <br> jdbennett@jonesday.com <br><br> *Attorneys for Defendants Light & Wonder, Inc. and LNW Gaming, Inc.* |

## ORDER

**IT IS ORDERED** that plaintiffs' deadline to respond to defendants' motion to dismiss is extended to September 6, 2024; and defendants' deadline to file any reply in support of their motion is extended to October 4, 2024.

_____
UNITED STATES DISTRICT JUDGE

DATED:   August 6, 2024