JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice*)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

JONES DAY
JENNIFER D. BENNETT, ESQ.
(*pro hac vice*)
jdbennett@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

JONES DAY
RYAN K. WALSH, ESQ.
(*pro hac vice*)
rkwalsh@jonesday.com
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone: (404) 581-8487
Facsimile: (404) 581-8330

JONES DAY
RANDALL E. KAY, ESQ.
(*pro hac vice*)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139
Facsimile: (844) 345-3178

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants
Light & Wonder, Inc.
and LNW Gaming, Inc.,*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, and SIA EVOLUTION LATVIA,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>　　　　　　　Defendants, | CASE NO.: 2:24-cv-00993-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES FOR MOTION TO STAY DISCOVERY (ECF NO. 44) AND MOTION TO DISMISS (ECF NO. 34)**<br><br>**(FIRST/SECOND REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, Evolution Gaming Limited, and SIA Evolution Latvia ("Plaintiffs") and Defendants Light & Wonder, Inc. and LNW Gaming, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that Defendants shall have an additional 2 judicial days to file their Reply in Support of Motion to Stay (ECF No. 44) (the "Reply"). Defendants' original deadline to file their Reply is September 6, 2024. With an additional 2 judicial days, Defendants' deadline to file their Reply is extended to September 10, 2024.

In the interest of uniformity, the Parties further stipulate and agree to extend the briefing deadlines for Defendants' Motion to Dismiss (ECF No. 34) by 2 judicial days. Plaintiffs' original deadline to file their Opposition is September 6, 2024, and Defendants' deadline to file their Reply is October 4, 2024. With an additional 2 judicial days, Plaintiffs' deadline to their Opposition is extended to September 10, 2024, and Defendants' deadline to file their Reply is extended until October 8, 2024.

Good cause exists for the extension set forth herein. First, Defendants require additional time to prepare the Reply due to the number of arguments that must be addressed. Second, Defendants' counsel has preexisting work and travel commitments that would make complying with existing deadline difficult.

This is the first extension requested for Defendants to file their Reply and the Parties' second extension requested regarding the briefing deadlines related to Defendants' Motion to Dismiss (ECF No. 34). Neither request is made for the purpose of delay.

. . . . .

. . . . .

. . . . .

. . . . .

2

IT IS SO STIPULATED.

DATED this 5th day of September, 2024

CAMPBELL & WILLIAMS

By /s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101

JONES DAY

HAROLD K. GORDON, ESQ.
(*pro hac vice*)
RYAN K. WALSH, ESQ.
(*pro hac vice*)
JENNIFER D. BENNETT, ESQ.
(*pro hac vice*)
RANDALL E. KAY, ESQ.
(*pro hac vice*)

DATED this 5th day of September, 2024

HOLLEY DRIGGS LTD

By /s/ *Jason D. Smith*
NICHOLAS J. SANTORO, ESQ. (532)
JASON D. SMITH, ESQ (9691)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

SIDLEY AUSTIN LLP

CHING-LEE FUKUDA, ESQ.
(*pro hac vice*)
SHARON LEE, ESQ.
(*pro hac vice*)

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 6, 2024

3