JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice*)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

JONES DAY
JENNIFER D. BENNETT, ESQ.
(*pro hac vice*)
jdbennett@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

JONES DAY
RYAN K. WALSH, ESQ.
(*pro hac vice*)
rkwalsh@jonesday.com
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone: (404) 581-8487
Facsimile: (404) 581-8330

JONES DAY
RANDALL E. KAY, ESQ.
(*pro hac vice*)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139
Facsimile: (844) 345-3178

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*Light & Wonder, Inc.*
*and LNW Gaming, Inc.,*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, and SIA EVOLUTION LATVIA,<br><br>Plaintiffs,<br>vs.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants, | CASE NO.: 2:24-cv-00993-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT PROTECTIVE ORDER (ECF NO. 45)**<br><br>**(FIRST REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, Evolution Gaming Limited, and SIA Evolution Latvia ("Plaintiffs") and Defendants Light & Wonder, Inc. and LNW Gaming, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that the Parties shall have an additional 7 days to submit the Joint Protective Order ("JPO"). In their Proposed Discovery Plan and Scheduling Order (ECF No. 45), the Parties agreed to submit the JPO by September 11, 2024. With an additional 7 days, the Parties' deadline to file the JPO is extended to September 18, 2024.

Good cause exists for the extension set forth herein. Plaintiffs have provided a draft JPO to Defendants and the Parties are addressing proposed revisions to the draft JPO. Although the Parties are diligently working to finalize the JPO, the Parties require additional time to reach agreement on certain provisions of the JPO.

This is the first extension requested for Defendants to file the JPO and is not made for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 10th day of September, 2024 | DATED this 10th day of September, 2024 |
| CAMPBELL & WILLIAMS | HOLLEY DRIGGS LTD |
| By /s/ *Philip R. Erwin* <br> PHILIP R. ERWIN, ESQ. (11563) <br> 710 South Seventh Street <br> Las Vegas, Nevada 89101 | By /s/ *Jason D. Smith* <br> NICHOLAS J. SANTORO, ESQ. (532) <br> JASON D. SMITH, ESQ (9691) <br> 300 South Fourth Street, Suite 1600 <br> Las Vegas, Nevada 89101 |
| JONES DAY | *Attorneys for Plaintiffs* |
| HAROLD K. GORDON, ESQ. <br> (*pro hac vice*) <br> RYAN K. WALSH, ESQ. <br> (*pro hac vice*) <br> JENNIFER D. BENNETT, ESQ. <br> (*pro hac vice*) <br> RANDALL E. KAY, ESQ. <br> (*pro hac vice*) | SIDLEY AUSTIN LLP <br><br> CHING-LEE FUKUDA, ESQ. <br> (*pro hac vice*) <br> SHARON LEE, ESQ. <br> (*pro hac vice*) |

## ORDER

**IT IS SO ORDERED that the Stipulation and Order Extending Deadline to File Joint Protective Order (ECF No. 50) is GRANTED.**

**IT IS FURTHER ORDERED that the deadline to file the Joint Protective Order is September 18, 2024.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 10, 2024

3