1  NICHOLAS J. SANTORO, ESQ.
   Nevada Bar No. 532
2  JASON D. SMITH, ESQ.
   Nevada Bar No. 9691
3  **HOLLEY DRIGGS**
   300 South Fourth Street, Suite 1600
4  Las Vegas, Nevada 89101
   Tel.: (702) 791-0308 / Fax: (702) 791-1912
5  Email: nsantoro@nevadafirm.com
              jsmith@nevadafirm.com
6

7  CHING-LEE FUKUDA *(admitted pro hac vice)*
   SHARON LEE *(admitted pro hac vice)*
8  **SIDLEY AUSTIN LLP**
   787 Seventh Avenue
9  New York, NY 10019
   (212) 839-5300
10 Email: clfukuda@sidley.com
              sharon.lee@sidley.com
11
   JOSHUA J. FOUGERE *(admitted pro hac vice)*
12 **SIDLEY AUSTIN LLP**
   1501 K Street, N.W. #600
13 Washington, DC 20005
   (202) 736-8000
14 Email: jfougere@sidley.com

15 *Attorneys for Plaintiffs Evolution Malta Ltd., Evolution Gaming Malta, Ltd., Evolution Gaming Ltd., and SIA Evolution Latvia*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, and SIA EVOLUTION LATVIA,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants. | Case No.: 2:24-cv-00993-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT PROTECTIVE ORDER (ECF NO. 45)**<br><br>**(SECOND REQUEST)** |

1    IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, Evolution Gaming Limited, and SIA Evolution Latvia ("Plaintiffs") and Defendants Light & Wonder, Inc. and LNW Gaming, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that the Parties shall have an additional 7 days to submit the Joint Protective Order ("JPO").

In their Proposed Discovery Plan and Scheduling Order (ECF No. 45), the Parties agreed to submit the JPO by September 11, 2024. On September 10, 2024, the Parties submitted a Stipulation and Order Extending Deadline to File Joint Protective Order, requesting the Court enter an order extending the deadline to file the JPO by 7 days. ECF No. 50. On September 10, 2024, the Court granted the Order extending the deadline to file the JPO to September 18, 2024. ECF No. 51.

The Parties have exchanged revisions to the JPO and request a second extension to file the JPO by 7 additional days. With an additional 7 days, the Parties' deadline to file the JPO is extended to September 25, 2024.

Good cause exists for the extension set forth herein. The Parties have exchanged significant revisions and comments about the draft JPO. Although the Parties are diligently working to finalize the JPO, the Parties require additional time to address the proposed revisions to the draft JPO and continue to work toward an agreed-upon form of order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This is the second extension requested for the Parties to file the JPO and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 17th day of September 2024.
**HOLLEY DRIGGS**

/s/ *Jason D. Smith*
NICHOLAS J. SANTORO, ESQ. (NBN 532)
JASON D. SMITH, ESQ. (NBN 9691)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
       jsmith@nevadafirm.com

CHING-LEE FUKUDA *(admitted pro hac vice)*
SHARON LEE *(admitted pro hac vice)*
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
Email: clfukuda@sidley.com
       sharon.lee@sidley.com

JOSHUA J. FOUGERE *(admitted pro hac vice)*
**SIDLEY AUSTIN LLP**
1501 K Street, N.W. #600
Washington, DC 20005
(202) 736-8000
Email: jfougere@sidley.com

*Attorneys for Plaintiffs Evolution Malta Ltd., Evolution Gaming Malta, Ltd., Evolution Gaming Ltd., and SIA Evolution Latvia*

DATED this 17th day of September 2024.
**CAMPBELL & WILLIAMS**

/s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (NBN 11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (7020) 382-5222 / Fax: (702) 271-0540
Email: pre@cwlawlv.com

**JONES DAY**
HAROLD K. GORDON, ESQ. (*pro hac vice*)
RYAN K. WALSH, ESQ. (*pro hac vice*)
RANDALL E. KAY, ESQ. (*pro hac vice*)
JENNIFER D. BENNETT, ESQ. (*pro hac vice*)
Email: hkgordon@jonesday.com
       rkwalsh@jonesday.com
       rekay@jonesday.com
       jdbennett@jonesday.com

*Attorneys for Defendants Light & Wonder, Inc. and LNW Gaming, Inc.*

**ORDER**

**IT IS SO ORDERED that the Stipulation and Order Extending Deadline to File Joint Protective Order (ECF No. 59) is GRANTED.**

**IT IS FURTHER ORDERED that the deadline to file the Joint Protective Order is September 25, 2024.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2024