JONES DAY
HAROLD K. GORDON, ESQ.
(*pro hac vice*)
hkgordon@jonesday.com
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

JONES DAY
JENNIFER D. BENNETT, ESQ.
(*pro hac vice*)
jdbennett@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

JONES DAY
RYAN K. WALSH, ESQ.
(*pro hac vice*)
rkwalsh@jonesday.com
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone: (404) 581-8487
Facsimile: (404) 581-8330

JONES DAY
RANDALL E. KAY, ESQ.
(*pro hac vice*)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139
Facsimile: (844) 345-3178

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*Light & Wonder, Inc.*
*and LNW Gaming, Inc.,*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, and SIA EVOLUTION LATVIA,<br><br>Plaintiffs,<br>vs.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants, | CASE NO.: 2:24-cv-00993-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT PROTECTIVE ORDER (ECF NO. 45)**<br><br>**(THIRD REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, Evolution Gaming Limited, and SIA Evolution Latvia ("Plaintiffs") and Defendants Light & Wonder, Inc. and LNW Gaming, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that the Parties shall have an additional 2 days to submit the Joint Protective Order ("JPO").  In their Proposed Discovery Plan and Scheduling Order (ECF No. 45), the Parties agreed to submit the JPO by September 11, 2024.  The Parties subsequently agreed to two 7-day extensions to submit the JPO, which were approved by the Court.  ECF Nos. 51, 60.  With the 2-day extension, the Parties' deadline to file the JPO is extended to September 27, 2024.

Good cause exists for the extension set forth herein.  The Parties have exchanged multiple rounds of comments and proposed edits to the draft JPO, including as it relates to contested issues such as the discoverability of source code and confidentiality markings on exhibits at trial.  Due to unforeseen circumstances arising in other matters, Defendants and their counsel require additional time to respond to Plaintiffs' positions regarding the draft JPO.  The Parties intend to finalize and submit the JPO on or before September 27, 2024 and will not request another extension from the Court related to this issue.

This is the third extension requested for the Parties to file the JPO and is not made for the purpose of delay.

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

IT IS SO STIPULATED.

DATED this 25th day of September, 2024

CAMPBELL & WILLIAMS

By /s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101

JONES DAY

HAROLD K. GORDON, ESQ.
(*pro hac vice*)
RYAN K. WALSH, ESQ.
(*pro hac vice*)
JENNIFER D. BENNETT, ESQ.
(*pro hac vice*)
RANDALL E. KAY, ESQ.
(*pro hac vice*)

DATED this 25th day of September, 2024

HOLLEY DRIGGS LTD

By /s/ *Jason D. Smith*
NICHOLAS J. SANTORO, ESQ. (532)
JASON D. SMITH, ESQ (9691)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

SIDLEY AUSTIN LLP

CHING-LEE FUKUDA, ESQ.
(*pro hac vice*)
SHARON LEE, ESQ.
(*pro hac vice*)

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 25, 2024

3