# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Evolution Malta Limited, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>Light & Wonder, Inc., et al.,<br><br>    Defendants | Case No. 2:24-cv-00993-CDS-EJY<br><br>**Notice Regarding Defendants'<br>Motion to Dismiss** |

Defendants Light & Wonder, Inc. and LNW Gaming, Inc. filed a motion to dismiss in this case asking that I (1) dismiss the patent claims pursuant to Federal Rule of Civil Procedure 12(b)(6) and (2) stay and compel arbitration of the trade secrets claims or, alternatively, dismiss the trade secret claims as time barred. ECF No. 34 at 1. Requesting two forms of relief in one motion is a violation of Local Rule IC 2-2(b) which states that for "each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected for that document." Therefore, defendants are hereby noticed that my order on their motion to dismiss will address only the patent claims. Should defendants still wish to move to compel arbitration on the trade secret claims, they may file a separate motion requesting that relief.

Dated: January 31, 2025

_____
Cristina D. Silva
United States District Judge