# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Evolution Malta Limited; Evolution Gaming Limited; Evolution Gaming Malta Limited; and SIA Evolution Latvia,

    Plaintiffs

v.

Light & Wonder, Inc. f/k/a Scientific Games Corp.; and LNW Gaming, Inc. f/k/a SG Gaming, Inc.,

    Defendants

Case #2:24-cv-00993-CDS-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF No. 82]

_____Collin J. Kurtenbach_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Jones Day_____
(firm name)

with offices at _____110 N. Wacker Drive, Suite 4800_____,
(street address)

____Chicago____, ____Illinois____, ____60606____,
(city)         (state)        (zip code)

____(312) 269-4086____, ____CKurtenbach@jonesday.com____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Light & Wonder, Inc. and LNW Gaming, Inc.____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _November 9, 2017_, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Illinois_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. for the Northern District of Illinois | 12/27/2017 | |
| State of Illinois | 11/9/2017 | 6327193 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Illinois___ )
COUNTY OF ___Cook___ )

___Collin J. Kurtenbach___, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___1st___ day of ___April___, ___2025___

___Deborah A. Contizano___
Notary Public or Clerk of Court

Official Seal
DEBORAH A CONTIZANO
Notary Public, State of Illinois
Commission No. 822974
My Commission Expires July 19, 2027

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Philip R. Erwin___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Campbell & Williams, 710 South Seventh Street, Suite A___,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)            (state)            (zip code)

___(702) 382-5222___, ___pre@cwlawlv.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Philip R. Erwin_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*/s/ John Cuddihy*
(party's signature)
Senior Vice President and Deputy General Counsel of Light & Wonder, Inc. and LNW Gaming, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

11563                   pre@cwlawlv.com
Bar number              Email address

APPROVED:

Dated: April 3, 2025

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16