# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVOLUTION MALTA LIMITED, *et al*.,

    Plaintiffs,

v.

LIGHT & WONDER, INC., *et al.*,

    Defendants.

Case No.: 2:24-cv-00993-CDS-NJK

**Order**

[Docket No. 100]

Pending before the Court is Defendants' motion for an extension of time to respond to Plaintiffs' first amended complaint, Docket No. 100, which is **GRANTED**.

In the Court's experience, this type of short delay is generally worked out by counsel as a matter of professional courtesy. *See* Local Rule 1-1(c). Counsel should strive to be "cooperative, practical and sensible." *Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 3d 1137, 1145 (D. Nev. 2015); *see also* Local Rule 1-1(b). The Court expects counsel to heed this directive moving forward.

Accordingly, Defendants' deadline to respond is extended to May 15, 2025.

IT IS SO ORDERED.

Dated: April 24, 2025

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge