JONES DAY
JENNIFER D. BENNETT, ESQ.
(Admitted *Pro Hac Vice*)
jenniferbennett@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939

JONES DAY
RYAN K. WALSH
(Admitted *Pro Hac Vice*)
rkwalsh@jonesday.com
LAURA KANOUSE VINING
(Admitted *Pro Hac Vice*)
lkanouse@jonesday.com
1221 Peachtree Street N.E., Suite 400
Atlanta, Georgia 30361
Telephone: (404) 521-3939

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222

JONES DAY
RANDALL E. KAY, ESQ.
(Admitted *Pro Hac Vice*)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1139

*Attorneys for Defendants*
*Light & Wonder, Inc. and LNW Gaming, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED and SIA EVOLUTION LATVIA,<br><br>Plaintiffs,<br><br>vs.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants. | CASE NO. 2:24-cv-00993-CDS-NJK<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR SAC**<br><br>**(FIRST REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, Evolution Gaming Limited, and SIA Evolution Latvia ("Plaintiffs") and Defendants Light & Wonder, Inc. and LNW Gaming, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that Defendants shall have an additional 14 days to respond to Plaintiffs' Motion for Leave to File Their Second Amended Complaint ("SAC") (ECF No. 90), and Plaintiffs shall have an additional 7 days to reply to Defendants' response. Defendants' original response deadline is April 24, 2025, and Plaintiffs' original reply deadline is May 1, 2025. With an additional 14 days, Defendants' deadline to respond to Plaintiffs' Motion for Leave to File Their SAC is extended to May 8, 2025. With an additional 7 days, Plaintiffs' deadline to respond to Defendants' forthcoming response to Plaintiffs' Motion for Leave to File Their SAC is extended to May 22, 2025.

First, Defendants submit that good cause exists because they require additional time to prepare a response to Plaintiffs' Motion for Leave to File Their SAC due to the complexity of the case, voluminous nature of Plaintiffs' Motion—which is over 1,000 pages in total including exhibits—and overlapping deadlines related to Plaintiffs' First Amended Complaint. Second, Defendants' submit that good cause exists because Defendants' counsel has preexisting work and travel commitments that they submit would make it difficult to comply with the existing deadline.

Plaintiffs believe that, while not necessary, a 14-day extension is more than adequate to address Defendants' concerns.

This is the first extension requested for the Parties regarding Plaintiffs' Motion for Leave to File Their SAC and is not made for the purpose of delay.

IT IS SO STIPULATED.

IT IS SO ORDERED.
Dated: April 25, 2025

Nancy J. Koppe
United States Magistrate Judge