# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVOLUTION MALTA LIMITED, *et al.*,<br>    Plaintiffs,<br>v.<br>LIGHT & WONDER, INC., *et al.*,<br>    Defendants. | Case No. 2:24-cv-00993-CDS-NJK<br>**Order**<br>[Docket No. 121] |

Pending before the Court is the parties' stipulation to stay discovery. Docket No. 121.

The Court has broad discretionary power to control discovery. *See, e.g., Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). The party seeking a stay of discovery bears the heavy burden of making a strong showing that discovery should be denied. *Turner Broad. Sys., Inc. v. Tracinda Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997). Discovery may be stayed when: (1) there is a pending motion that is potentially dispositive in scope and effect; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the underlying motion and is convinced that Plaintiff will be unable to state a claim for relief. *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).

The stipulation fails to address the governing standards. *See* Docket No. 121. Accordingly, the parties' stipulation to stay discovery is **DENIED** without prejudice. Docket No. 121.

IT IS SO ORDERED.

Dated: June 25, 2025

                                                       Nancy J. Koppe
                                                      United States Magistrate Judge