1 | SUSMAN GODFREY
2 | NEAL S. MANNE, ESQ.
   | (*pro hac vice*)
3 | nmanne@susmangodfrey.com
   | JOSEPH S. GRINSTEIN, ESQ.
4 | (*pro hac vice*)
   | jgrinstein@susmangodfrey.com
5 | MEGAN E. GRIFFITH, ESQ.
   | (*pro hac vice*)
6 | mgriffth@susmangodfrey.com
   | 1000 Louisiana, Suite 5100
7 | Houston, Texas 77002
   | Telephone: (713) 651-9366
8 |

JONES DAY
RYAN K. WALSH, ESQ.
(*pro hac vice*)
rkwalsh@jonesday.com
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone: (404) 581-8487
Facsimile: (404) 581-8330

9 | CAMPBELL & WILLIAMS
10 | PHILIP R. ERWIN, ESQ. (11563)
    | pre@cwlawlv.com
11 | 710 South Seventh Street, Suite A
    | Las Vegas, Nevada 89101
12 | Telephone: (702) 382-5222
    | Facsimile: (702) 382-0540
13 |

JONES DAY
JENNIFER D. BENNETT, ESQ.
(*pro hac vice*)
jdbennett@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

14 | *Attorneys for Defendants*
15 | *Light & Wonder, Inc.*
    | *and LNW Gaming, Inc.,*
16 |

**UNITED STATES DISTRICT COURT**

17 | **DISTRICT OF NEVADA**

18 |

19 | EVOLUTION MALTA LIMITED,
20 | EVOLUTION GAMING MALTA
    | LIMITED, EVOLUTION GAMING
21 | LIMITED, SIA EVOLUTION LATVIA,
    | and UPLAY 1
22 |
    |                    Plaintiffs,
23 | vs.
24 | LIGHT & WONDER, INC. f/k/a
    | SCIENTIFIC GAMES CORP. and LNW
25 | GAMING, INC. f/k/a SG GAMING, INC.,
26 |                    Defendants,
27 |
28 |

CASE NO.:  2:24-cv-00993-CDS-NJK

**ORDER EXTENDING DEADLINE TO
RESPOND TO SECOND AMENDED
COMPLAINT AND SETTING BRIEFING
SCHEDULE**

**(FIRST REQUEST)**

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

1

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, Evolution Gaming Limited, SIA Evolution Latvia, and Uplay1 ("Plaintiffs") and Defendants Light & Wonder, Inc. and LNW Gaming, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that Defendants shall have an additional 28 days to file their motion to dismiss in response to Plaintiffs' Second Amended Complaint (ECF No. 125) (the "Motion"). Defendants' original deadline to file their Motion is July 14, 2025. With an additional 28 days, Defendants' deadline to file their Motion is extended to August 11, 2025.

In the interest of uniformity, the Parties further stipulate and agree to extend the briefing deadlines for Defendants' forthcoming Motion. Plaintiffs' deadline to respond to the Motion will be August 25, 2025, and the Parties agree that Plaintiffs shall have an additional 28 days to file their Opposition. With an additional 28 days, Plaintiffs' deadline to file their Opposition is extended to September 22, 2025.

Defendants' deadline to file their Reply in support of the Motion will be September 29, 2025, and the Parties agree that Defendants shall have an additional 14 days. With an additional 14 days, Defendants' deadline to file their Reply is extended until October 13, 2025.

Good cause exists for the extension set forth herein. First, Defendants require additional time to brief Defendants' forthcoming Motion due to the number of claims in Plaintiffs' Second Amended Complaint and arguments that must be addressed in the Motion. Second, Defendants' counsel has preexisting work and travel commitments that would make complying with existing deadlines difficult. Third, the law firm of Susman Godfrey recently appeared in the case and will act as lead counsel for Defendants. Thus, Susman Godfrey requires time to make the transition and familiarize itself with the facts and legal issues of the case in order to prepare the Motion.

. . . .

. . . .

. . . .

. . . .

2

This is the first extension requested for the briefing deadlines related to Defendants'

forthcoming Motion and is not made for the purpose of delay.

IT IS SO STIPULATED.

DATED this 9th day of July, 2025                    DATED this 9th day of July, 2025

CAMPBELL & WILLIAMS                                  SPENCER FANE

By /s/ *Philip R. Erwin*                             By /s/ *Jason D. Smith*
 PHILIP R. ERWIN, ESQ. (11563)                       NICHOLAS J. SANTORO, ESQ. (532)
 710 South Seventh Street                            JASON D. SMITH, ESQ (9691)
 Las Vegas, Nevada 89101                             300 South Fourth Street, Suite 1600
                                                     Las Vegas, Nevada 89101
SUSMAN GODFREY
NEAL S. MANNE, ESQ.                                  *Attorneys for Plaintiff*
(*pro hac vice*)                                     SIDLEY AUSTIN LLP
JOSEPH S. GRINSTEIN, ESQ.                            CHING-LEE FUKUDA, ESQ.
(*pro hac vice*)                                     (*pro hac vice*)
MEGAN E. GRIFFITH, ESQ.                              SHARON LEE, ESQ.
(*pro hac vice*)                                     (*pro hac vice*)

JONES DAY

HAROLD K. GORDON, ESQ.
(*pro hac vice*)
RYAN K. WALSH, ESQ.
(*pro hac vice*)
JENNIFER D. BENNETT, ESQ.
(*pro hac vice*)
RANDALL E. KAY, ESQ.
(*pro hac vice*)


**IT IS SO ORDERED.**


_____
Nancy J. Koppe
United States Magistrate Judge

DATED: _July 10, 2025_____

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

3