SUSMAN GODFREY
NEAL S. MANNE, ESQ.
(*pro hac vice*)
nmanne@susmangodfrey.com
JOSEPH S. GRINSTEIN, ESQ.
(*pro hac vice*)
jgrinstein@susmangodfrey.com
MEGAN E. GRIFFITH, ESQ.
(*pro hac vice*)
mgriffth@susmangodfrey.com
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366

JONES DAY
RYAN K. WALSH, ESQ.
(*pro hac vice*)
rkwalsh@jonesday.com
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone: (404) 581-8487
Facsimile: (404) 581-8330

CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

JONES DAY
JENNIFER D. BENNETT, ESQ.
(*pro hac vice*)
jdbennett@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendants
Light & Wonder, Inc.
and LNW Gaming, Inc.,*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, SIA EVOLUTION LATVIA, and UPLAY 1<br><br>Plaintiffs,<br><br>vs.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants, | CASE NO.: 2:24-cv-00993-CDS-NJK<br><br>**ORDER ENLARGING THE PAGE LIMITS FOR BRIEFING RELATED TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

1

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, Evolution Gaming Limited, SIA Evolution Latvia, and Uplay1 ("Plaintiffs") and Defendants Light & Wonder, Inc. and LNW Gaming, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, that good cause exists under Local Rule 7-3(c) to enlarge the page limits on the briefing related to Defendants' forthcoming Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion"). Specifically, the Parties agree that the page limits for Defendants' Motion and Plaintiffs' Opposition shall be enlarged by 12 pages for a total of 36 pages. Additionally, the Parties agree that the page limits for Defendants' Reply shall be enlarged by 3 pages for a total of 15 pages.

Given the nature of Plaintiffs' claims and the number of arguments that will be at issue in Defendants' Motion, the complex nature of this case supports extending the page limit. *See Las Vegas Dev. Grp., LLC, v. Steven et al.*, No. 2:15-cv-01128-RCJ-CWH, 2016 WL 3381222, at *6 (D. Nev. June 14, 2016) (granting motion for leave to exceed page limit "because of the complex nature" of the claims.). Indeed, the Parties' briefing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint used every line of the presumptive page limits under Local Rule 7-3(b), ECF Nos. 114, 117, 119, and Plaintiffs' 88-page Second Amended Complaint advances additional claims and allegations related to a new set of patents. Thus, given the breadth of the allegations and claims in Plaintiffs' Second Amended Complaint, 24 pages is not sufficient for the Parties to fully and fairly brief Defendants' forthcoming Motion. *See Werbicky v. Green Tree Servicing, LLC*, No. 2:12-cv-01567-JAD, 2015 WL 18006857, at *5 (D. Nev. April 21, 2015) (granting motion for leave to file an oversized brief "in the interest of ensuring that the parties have a full and fair opportunity to present their proper arguments.").

Finally, as evidenced by the briefing on Defendants' prior motions to dismiss in this action, the Parties respectfully submit that their briefing on Defendants' forthcoming Motion will not waste judicial resources through inclusion of unwarranted footnotes, excessive block quotations, or repetitive arguments. *See Perez v. Nevada*, No. 2:14-cv-02087-APG-BNW, 2019 WL 4757789, at *10-11 (D. Nev. Sept. 30, 2019). Rather, the Parties will only include facts and analysis that are

relevant and necessary for the Court's adjudication of Defendants' Motion and, consistent with LR 7-3(c), the motion will include a Table of Contents and Table of Authorities.

For all the foregoing reasons, the Parties respectfully submit that good cause exists to enlarge the page limits on Defendants' Motion and Plaintiffs' Opposition by 12 pages for a total of 36 pages, and to enlarge the page limits on Defendants' Reply by 3 pages for a total of 15 pages.

IT IS SO STIPULATED.

| DATED this 9th day of July, 2025 | DATED this 9th day of July, 2025 |
|---|---|
| CAMPBELL & WILLIAMS | SPENCER FANE LLP |
| By /s/ Philip R. Erwin | By /s/ Jason D. Smith |
| PHILIP R. ERWIN, ESQ. (11563) | NICHOLAS J. SANTORO, ESQ. (532) |
| 710 South Seventh Street | JASON D. SMITH, ESQ (9691) |
| Las Vegas, Nevada 89101 | 300 South Fourth Street, Suite 1600 |
| | Las Vegas, Nevada 89101 |
| SUSMAN GODFREY | |
| NEAL S. MANNE, ESQ. | *Attorneys for Plaintiff* |
| (*pro hac vice*) | SIDLEY AUSTIN LLP |
| JOSEPH S. GRINSTEIN, ESQ. | CHING-LEE FUKUDA, ESQ. |
| (*pro hac vice*) | (*pro hac vice*) |
| MEGAN E. GRIFFITH, ESQ. | SHARON LEE, ESQ. |
| (*pro hac vice*) | (*pro hac vice*) |
| | |
| JONES DAY | |
| | |
| HAROLD K. GORDON, ESQ. | |
| (*pro hac vice*) | |
| RYAN K. WALSH, ESQ. | |
| (*pro hac vice*) | |
| JENNIFER D. BENNETT, ESQ. | |
| (*pro hac vice*) | |
| RANDALL E. KAY, ESQ. | |
| (*pro hac vice*) | |

**IT IS SO ORDERED.**

_____
Nancy J. Koppe
United States Magistrate Judge

DATED: July 10, 2025