# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Evolution Malta Limited, et al., | Case No. 2:24-cv-00993-CDS-NJK |
| Plaintiffs | **Order Setting Status Conference** |
| v. | |
| Light & Wonder, Inc., et al., | |
| Defendants | |

    Defendants Light & Wonder, Inc. and LNW Gaming, Inc. move to compel arbitration. ECF No. 74. In light of the defendants' motion to dismiss the second amended complaint (ECF No. 156), the court orders a brief status conference on **September 19, 2025, at 10:00 a.m.**, in LV Courtroom 6B, to discuss whether the defendants are still seeking to compel arbitration on the claims for misappropriation of trade secrets in violation of 18 U.S.C. § 1836 and misappropriation of trade secrets in violation of NRS 600A. In the alternative, defendants' counsel may file a status report, on or before September 18, 2025.

    If a status report is not filed, counsel may appear for the status conference remotely. Counsel is kindly instructed to contact the courtroom administrator, Denise Saavedra, at denise_saavedra@nvd.uscourts.gov for link details.

Dated: September 11, 2025

_____
Cristina D. Silva
United States District Judge