CHING-LEE FUKUDA
SHARON LEE
ELIZABETH MCLEAN
*(all admitted pro hac vice)*
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
Email: clfukuda@sidley.com
sharon.lee@sidley.com
elizabeth.mclean@sidley.com

NICHOLAS J. SANTORO, ESQ.
(Nevada Bar No. 532)
JASON D. SMITH, ESQ.
(Nevada Bar No. 9691)
**SPENCER FANE**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400/ Fax: (702) 938-8648
Email: nsantoro@spencerfane.com
jdsmith@spencerfane.com

*Attorneys for Plaintiffs Evolution Malta Ltd., Evolution Gaming Malta, Ltd., Evolution Gaming Ltd., SIA Evolution Latvia, and Uplay1*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, SIA EVOLUTION LATVIA, and UPLAY1,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants. | Case No.: 2:24-cv-00993-CDS-NJK<br><br>**JOINT STATUS REPORT IN RESPONSE TO ORDER (ECF NOS. 176 AND 178)** |

In the Court's March 30, 2026 and April 6, 2026 Order (ECF Nos. 176, 178), the Court ordered the parties to file a joint status report addressing arbitration by April 30, 2026.

The Parties jointly state as follows:

1. On November 12, 2025, Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, and Evolution Gaming Limited (collectively, "Evolution") filed a request for arbitration before the ICC International Court of Arbitration ("ICC") against Defendants Light & Wonder, Inc. and LNW Gaming, Inc. (collectively, "L&W") on the claims that this Court compelled to arbitration based on the License Agreement in its earlier Order (ECF No. 163).

2. Evolution's request for arbitration sought for the Arbitral Tribunal to determine at least that Evolution's trade secret misappropriation claims did not arise out of or in connection with the License Agreement and that Evolution's claims are not time barred.

3. On February 2, 2026, L&W submitted its answer to Evolution's request for arbitration.

4. On February 27, 2026, the ICC confirmed the constitution of Arbitral Tribunal over the claims, consisting of three arbitrators.

5. On March 17, 2026, the Parties agreed that, if the Arbitral Tribunal did not find the trade secret misappropriation claims to be time-barred, the Arbitral Tribunal would also decide the merits of Evolution's trade secret misappropriation claims.

6. Under 9 USC § 3 and *Smith v. Spizzirri*, 601 U.S. 472 (2024), the trade secret claims are stayed pending the outcome of the arbitration.

Dated: April 30, 2026

**SPENCER FANE**

/s/ *Jason D. Smith*
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400/ Fax: (702) 938-8648
Email: nsantoro@spencerfane.com

/s/ *Joseph Grinstein*
PHILIP R. ERWIN, ESQ. (11563)
**CAMPBELL & WILLIAMS**
710 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-5222
Email: pre@cwlawlv.com

jdsmith@spencerfane.com

OF COUNSEL:

CHING-LEE FUKUDA
SHARON LEE
ELIZABETH MCLEAN
(*all admitted pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
Email: clfukuda@sidley.com
sharon.lee@sidley.com

JOSHUA J. FOUGERE
THOMAS BROUGHAN
(*all admitted pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W. #600
Washington, DC 20005
(202) 736-8000
Email: jfougere@sidley.com
tbroughan@sidley.com

MORGAN MENDICINO
*(admitted pro hac vice)*
SIDLEY AUSTIN LLP
2021 McKinney Ave #2000
Dallas, TX 75201
(214) 981-3300
Email: mmendicino@sidley.com

*Attorneys for Plaintiffs Evolution Malta Ltd., Evolution Gaming Malta, Ltd., Evolution Gaming Ltd., SIA Evolution Latvia, and Uplay1*

**SUSMAN GODFREY LLP**
NEAL MANNE *(pro hac vice)*
JOSEPH GRINSTEIN *(pro hac vice)*
MEGAN E. GRIFFITH *(pro hac vice)*
MEREDITH HARRISON *(pro hac vice)*
1000 Louisiana Suite 5100
Houston, TX 77002
(713) 651-9366
Email: nmanne@susmangodfrey.com
jgrinstein@susmangodfrey.com
mgriffith@susmangodfrey.com
mharrison@susmangodfrey.com

*Attorneys for Defendants Light & Wonder, Inc. and LNW Gaming, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April 2026, a true and correct copy of the foregoing **JOINT STATUS REPORT IN RESPONSE TO ORDER (ECF NOS. 176 AND 178)** was served upon the parties registered for service with the Court's Case Management and Electronic Case Filing (CM/ECF) system via electronic mail to the addresses of the listed counsel of record below.

**CAMPBELL & WILLIAMS**
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Email: pre@cwlawlv.com

**SUSMAN GODFREY LLP**
NEAL MANNE *(pro hac vice)*
JOSEPH GRINSTEIN *(pro hac vice)*
MEGAN E. GRIFFITH *(pro hac vice)*
MEREDITH HARRISON *(pro hac vice)*
1000 Louisiana Suite 5100
Houston, TX 77002
Email: nmanne@susmangodfrey.com
jgrinstein@susmangodfrey.com
mgriffith@susmangodfrey.com
mharrison@susmangodfrey.com

*Attorneys for Defendants*

*/s/ Marissa Vallette*