**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, SIA EVOLUTION LATVIA, and UPLAY1,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants. | Case No.: 2:24-cv-00993-CDS-NJK<br><br>**ORDER GRANTING**<br>**NOTICE OF WITHDRAWAL AND**<br>**DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Ching-Lee Fukuda and Thomas Broughan, *pro hac vice* counsel for Plaintiffs Evolution Malta Limited, Evolution Gaming Malta Limited, Evolution Gaming Limited, SIA Evolution Latvia, and Uplay1 (collectively, "Evolution"), are no longer associated or affiliated with the law firm SIDLEY AUSTIN and thus no longer counsel of record for Evolution.  Evolution shall continue to be represented by local counsel Nicholas J. Santoro and Jason D. Smith, of the law firm SPENCER FANE LLP, and *pro hac vice* counsel Sharon Lee, Elizabeth McLean, Jousha J. Fougere, and Morgan Mendicino, of the law firm SIDLEY AUSTIN.

Accordingly, please update all service lists and direct all future correspondence to Evolution as follows:

Sharon Lee
Elizabeth McLean
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
Email:  sharon.lee@sidley.com
elizabeth.mclean@sidley.com

Joshua J. Fougere
**SIDLEY AUSTIN LLP**
1501 K Street, N.W. #600
Washington, DC 20005
(202) 736-8000
Email: jfougere@sidley.com

Morgan Mendicino
**SIDLEY AUSTIN LLP**
2021 McKinney Ave #2000
Dallas, TX 75201
(214) 981-3300
Email: mmendicino@sidley.com

Nicholas J. Santoro, Esq.
Jason D. Smith, Esq.
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
(702) 408-3400
Email: nsantoro@spencerfane.com
jdsmith@spencerfane.com

**IT IS SO ORDERED.**

**DATE:** June 24, 2026

_____
UNITED STATES MAGISTRATE JUDGE

1