SHARON LEE
ELIZABETH MCLEAN
*(all admitted pro hac vice)*
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
Email: sharon.lee@sidley.com
elizabeth.mclean@sidley.com

NICHOLAS J. SANTORO, ESQ.
(Nevada Bar No. 532)
JASON D. SMITH, ESQ.
(Nevada Bar No. 9691)
**SPENCER FANE**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400/ Fax: (702) 938-8648
Email: nsantoro@spencerfane.com
jdsmith@spencerfane.com

*Attorneys for Plaintiffs Evolution Malta Ltd., Evolution Gaming Malta, Ltd., Evolution Gaming Ltd., SIA Evolution Latvia, and Uplay1*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| EVOLUTION MALTA LIMITED, EVOLUTION GAMING MALTA LIMITED, EVOLUTION GAMING LIMITED, SIA EVOLUTION LATVIA, and UPLAY1,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHT & WONDER, INC. f/k/a SCIENTIFIC GAMES CORP. and LNW GAMING, INC. f/k/a SG GAMING, INC.,<br><br>Defendants. | Case No.: 2:24-cv-00993-CDS-NJK<br><br>**JOINT STATUS REPORT IN RESPONSE TO ORDER (ECF NO. 180)** |

In the Court's May 5, 2026 Minute Order (ECF No. 180), the Court ordered the parties to file a joint status report addressing arbitration by November 30, 2026.

The Parties jointly state that the arbitration is ongoing and an arbitration hearing is currently set for July 2027.

Dated: November 24, 2026

**SPENCER FANE**

/s/ *Jason D. Smith*
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400/ Fax: (702) 938-8648
Email: nsantoro@spencerfane.com
jdsmith@spencerfane.com

OF COUNSEL:

SHARON LEE
ELIZABETH MCLEAN
(*all admitted pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
Email: sharon.lee@sidley.com
elizabeth.mclean@sidley.com

JOSHUA J. FOUGERE
(*admitted pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W. #600
Washington, DC 20005
(202) 736-8000
Email: jfougere@sidley.com

MORGAN MENDICINO
*(admitted pro hac vice)*
SIDLEY AUSTIN LLP
2021 McKinney Ave #2000
Dallas, TX 75201
(214) 981-3300
Email: mmendicino@sidley.com

*Attorneys for Plaintiffs Evolution Malta Ltd., Evolution Gaming Malta, Ltd., Evolution Gaming Ltd., SIA Evolution Latvia, and Uplay1*

/s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
**CAMPBELL & WILLIAMS**
710 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-5222
Email: pre@cwlawlv.com

**SUSMAN GODFREY LLP**
NEAL MANNE *(pro hac vice)*
JOSEPH GRINSTEIN *(pro hac vice)*
MEGAN E. GRIFFITH *(pro hac vice)*
MEREDITH HARRISON *(pro hac vice)*
1000 Louisiana Suite 5100
Houston, TX 77002
(713) 651-9366
Email: nmanne@susmangodfrey.com
jgrinstein@susmangodfrey.com
mgriffith@susmangodfrey.com
mharrison@susmangodfrey.com

*Attorneys for Defendants Light & Wonder, Inc. and LNW Gaming, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November 2026, a true and correct copy of the foregoing **JOINT STATUS REPORT IN RESPONSE TO MINUTE ORDER (ECF NO. 180)** was served upon the parties registered for service with the Court's Case Management and Electronic Case Filing (CM/ECF) system via electronic mail to the addresses of the listed counsel of record below.

**CAMPBELL & WILLIAMS**
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Email: pre@cwlawlv.com

**SUSMAN GODFREY LLP**
NEAL MANNE *(pro hac vice)*
JOSEPH GRINSTEIN *(pro hac vice)*
MEGAN E. GRIFFITH *(pro hac vice)*
MEREDITH HARRISON *(pro hac vice)*
1000 Louisiana Suite 5100
Houston, TX 77002
Email: nmanne@susmangodfrey.com
jgrinstein@susmangodfrey.com
mgriffith@susmangodfrey.com
mharrison@susmangodfrey.com

*Attorneys for Defendants*

*/s/ Marissa Vallette*
An employee of SPENCER FANE